518 A.2d 265

**ROCKWOOD INSURANCE COMPANY, Appellant,**

**v.**

**PENNSYLVANIA AUTOMOBILE INSURANCE PLAN and John R. Murphy, c/o Pennsylvania Automobile Insurance Plan, and Pennsylvania Insurance Department.**

Supreme Court of Pennsylvania.

Argued Dec. 4, 1986.

Decided Dec. 10, 1986.

Alfred Sarowitz, Philadelphia, for Rockwood Ins. Co.

M. Hannah Leavitt, Paul Laskow, Harrisburg, for Pa. Ins. Dept.

John J. McLean, Jr., Pittsburgh, Martin J. Hertz, New York City, for Pa. Auto. Ins. Plan.

Before NIX, C.J., and FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

 

ORDER

PER CURIAM.

Order affirmed.

LARSEN, J., did not participate in the consideration or decision of this case.